UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT GADIMIAN,<br><br>    Defendant. | Case No. 1:16-CR-10285-001 |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Robert Gadimian, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    ANDREW E. LELLING
    United States Attorney

Date: April 1, 2019    By:    /s/ Raquelle L. Kaye
    RAQUELLE L. KAYE
    Assistant United States Attorney
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    Tel. No. (617) 748-3403
    Fax No. (617) 748-3972
    raquelle.kaye@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Robert Gadimian located in Lompoc, CA.

Date: April 1, 2019    /s/ Raquelle L. Kaye
    RAQUELLE L. KAYE
    Assistant United States Attorney